**[J-57-2018][M.O. - Donohue, J.]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN THE INTEREST OF: L.J.B., A MINOR

APPEAL OF: A.A.R., NATURAL MOTHER

: No. 10 MAP 2018
:
: Appeal from the Order of the Superior
: Court at No. 884 MDA 2017 dated
: 12/27/17 vacating the order of Clinton
: County Court of Common Pleas,
: Juvenile Division, dated 5/24/17 at No.
: CP-18-DP-0000009-2017 and
: remanding for further proceedings
:
: ARGUED: September 25, 2018

**CONCURRING OPINION**

**CHIEF JUSTICE SAYLOR**                    **DECIDED: December 28, 2018**

In terms of plain meaning, I believe the Superior Court's interpretation is reasonable in light of the two-year statutory lookback period. Nevertheless, I also find sufficient ambiguity to apply the principles of statutory construction, and on that basis I concur in the result.

Justice Dougherty joins this concurring opinion.